**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR C. ANDRADA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAXON MORTGAGE SERVICES, ) <br> INC., OLD REPUBLIC ) <br> DEFAULT MANAGEMENT ) <br> SERVICES, MARJORIE HOBBS ) <br> AND DOES 1 THROUGH 10, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 08-1661-VAP (CTx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against SAXON MORTGAGE SERVICES, INC. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 20, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge