UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR C. ANDRADA, | ) | Case No. EDCV 08-1661-VAP (CTx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| SAXON MORTGAGE SERVICES, INC., OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, MARJORIE HOBBS AND DOES 1 THROUGH 10, inclusive, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against OLD REPUBLIC DEFAULT MANAGEMENT SERVICES and MARJORIE HOBBS is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 3, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge